UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

RENEE MORRISSETTE,           )
                             )
    Plaintiff,               )
                             )
v.                           )   Case No. 1:16-cv-00055-JL
                             )
UNITED STATES OF AMERICA,    )
                             )
    Defendant.               )
_____ )

STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the pending action against the United States shall be dismissed, with prejudice, each party to bear its own costs.

SO AGREED:

| COUNSEL FOR PLAINTIFF | JOHN J. FARLEY |
| --- | --- |
| | Acting United States Attorney |
| /s/ Michael A. Bottar | By: /s/ T. David Plourde_____ |
| Michael A. Bottar, Esq. | T. David Plourde, No. 2044 |
| NDNY 512620 | Assistant United States Attorney |
| 1600 AXA Tower II | Chief, Civil Division |
| 120 Madison Street | 53 Pleasant Street, 4th Floor |
| Syracuse, NY 13202 | Concord, NH 03301- 3904 |
| (315) 442-3466 | (603) 225-1552 |
| mbottar@bottarleone.com | david.plourde@usdoj.gov |
| Dated: November 27, 2017 | Dated: November 27, 2017 |

CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of November 2017, a copy of the above Stipulation for Dismissal was served via the ECF system on Michael A. Bottar, Esquire and Cyrus F. Rilee, III, Esquire, counsel for the plaintiff.

                                            /s/ T. David Plourde
                                            T. David Plourde, AUSA